(Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED IN COURT
ASHEVILLE, N.C.
OCT 1 0 2017
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Michael Estes | ) Case No. 1:17 MJ 125 |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 10/10/17

_____
Defendant's signature

_____
Signature of defendant's attorney